```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare St., Suite 4401
    Fresno, California 93721
 4  Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09CR334 AWI |
| Plaintiff, ) | |
| v. ) | GOVERNMENT'S MOTION TO DISMISS INDICTMENT |
| JOSE MAGDELANO LECHUGA, ) | |
| Defendant. ) | |

The United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby moves in the interest of justice to dismiss the above-captioned indictment filed in this case pursuant to the plea agreement filed herein and in Case Number 1:08CR145 AWI.

DATED: October 11, 2011                Respectfully submitted,

                                       BENJAMIN B. WAGNER
                                       United States Attorney

                                       By /s/ Karen A. Escobar
                                          KAREN A. ESCOBAR
                                          Assistant U.S. Attorney

1

1 <u>O R D E R</u>

2 Having read and considered the foregoing, the Court grants
3 the government's motion to dismiss the indictment in this matter.

4 IT IS SO ORDERED.

6 Dated: ___October 11, 2011___    _____
                                    CHIEF UNITED STATES DISTRICT JUDGE